John B. SHRIVER, an Individual, Doing Business as John B. Shriver Company, Petitioner, v. NATIONAL LABOR RELATIONS BOARD.

No. 14832.

United States Court of Appeals
Eighth Circuit.

June 12, 1953.

Martin I. Rose, New York City, for petitioner.

David P. Findley, Associate General Counsel, National Labor Relations Board, A. Norman Somers, Asst. General Counsel, National Labor Relations Board, and Owsley Vose, Chief, Enforcement Branch, National Labor Relations Board, Washington, D. C., for respondent.

PER CURIAM.

On stipulation of parties leave granted to withdraw petition to review and set aside decision and order of National Labor Relations Board without prejudice to any of the rights and interests of the parties, etc.

UNITED STATES, Appellant, v. Edgar L. GRUBB, Appellee.

No. 11812.

United States Court of Appeals
Sixth Circuit.

June 2, 1953.

Dick L. Johnson, U. S. Atty., Nashville, Tenn., for appellant.

G. Maynard Smith, Atlanta, Ga., L. B. Bolt, Jr., Knoxville, Tenn., and Albert Williams, Nashville, Tenn., for appellee.

Before SIMONS, Chief Judge, and ALLEN and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard, and it appearing that the order of the District Court which is here sought to be reviewed is not an appealable order, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the appeal from the order of the District Court be and is hereby dismissed.